542  LAMBIE vs. CIRCUIT JUDGE (Lenawee), No. 14095.

To compel vacation of order allowing a general appearance in a civil suit to be withdrawn, and a plea in abatement to be filed, setting forth that the person serving the summons was an interested party, and therefore incompetent.

Denied October 27, 1894, with costs.

Relator cited Thompson vs. Ins. Co., 52 M. 522; Ogdensburg R. R. vs. Vermont R. R., 63 N. Y. 176; Handy vs. Ins. Co., 37 Ohio St. 366; Miller vs. State, 35 Ark. 276; Rowland vs. Coyne, 55 Cal. 1.